ORIGINAL

FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0677

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0677

_____

JUAN ANASTASIO RODRIGUEZ,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

_____

FILED

APR 23 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant's motion for a 120-day extension to time to file the opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including July 22, 2024, to file the opening brief.

DATED this 23rd day of April, 2024.

For the Court,

_____
Chief Justice